# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COIL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>KELSEY BERNSTEIN, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01045-GMN-NJK<br><br>**ORDER** |

On August 16, 2021, the Court ordered Plaintiff to make an initial partial filing fee of $88.92 by September 13, 2021.  Docket No. 10.  The Court warned that "[f]ailure to do so may result in dismissal of this action."  *Id.* at 1-2.  To date, the Court has not received an initial partial filing fee, nor has Plaintiff sought to extend the deadline set.  The Court again **ORDERS** that Plaintiff must have the designated fee of $88.92 sent to the Clerk's Office by **October 20, 2021**.[1]  The Court also again **CAUTIONS** that **failure to comply with this order may result in dismissal of this action**.

IT IS SO ORDERED.

Dated: September 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] After it has received the partial filing fee as ordered herein, the Court will screen Plaintiff's complaint as required by 28 U.S.C. § 1915.  Nothing in this order should be construed as suggesting that the Court will allow any of Plaintiff's claims to proceed past the screening phase.